1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7
JOSEPH GLADNEY,

Case No. 22-cv-05128-JD

8
Plaintiff,

**ORDER RE MOTIONS TO DISMISS**

9
v.

Re: Dkt. No. 18

10
ROSSBERG, et al.,

11
Defendants.

12

13
     Plaintiff, a state prisoner, filed a pro se civil rights action under 42 U.S.C. § 1983.

14
Defendants filed a motion to dismiss on March 20, 2023.  Plaintiff's motion for an extension was

15
granted and he was provided until May 29, 2023, to file an opposition.  Plaintiff did not meet that

16
deadline or otherwise communicate with the Court.  The Court provided plaintiff an opportunity to

17
file an opposition by July 5, 2023.  Plaintiff was advised that failure to file an opposition would

18
result in the dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff

19
did not file an opposition or otherwise communicate with the Court.

20
     Consequently, the case is dismissed without prejudice for failure to prosecute pursuant to

21
Federal Rule of Civil Procedure 41(b).  The pending motion to dismiss (Dkt. No. 18) is denied as

22
moot.  The Clerk is requested to close this case.

23
     **IT IS SO ORDERED.**

24
Dated: September 18, 2023

25

26

27
_____
JAMES DONATO
United States District Judge

28

United States District Court
Northern District of California